IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MELODY WALKER-WHITE TWIN<br><br>　　　　　Defendant. | Case No. 1:24-mj-579<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Melody Walker-White Twin
Detained at (custodian) Standing Rock Jail
Detainee is charged in this District by Complaint.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Bismarck, North Dakota, on September 18, 2024, for the purpose of Initial Appearance/Arraignment.

Attorney Signature:　　　　　　　　/s/  Brandi Sasse Russell
Printed Name and Telephone Number:   BRANDI SASSE RUSSELL, 701-530-2420
Dated: September 18, 2024　　　　　Attorney of Record for the United States

### WRIT OF HABEAS CORPUS  AD PROSEQUENDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: September 18, 2024　　　　　/s/ Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　Magistrate Judge Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　United States District Court

☐　Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____   By: _____   _____
Date Executed　　　　　　　　　Printed Name　　　　　　　Signature