AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Melody Walker-White Twin | ) | Case No.   1:24-mj-579 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

REC'D USMS-D/ND
2024 SEP 18 10:03

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Melody Walker                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:
 Arson, in violation of Title 18 USC Section 844(f)(1)

 Destruction of Government Property, in violation of Title 18 USC Section 1361

Date:   09/18/2024

_____
*Issuing officer's signature*

City and state:    Bismarck, North Dakota

Charles S Miller, Jr., Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 09/18/24 , and the person was arrested on *(date)* 09/18/24 at *(city and state)* FORT YATES, ND . <br><br> Date: 09/18/24 <br><br> _____ <br> *Arresting officer's signature* <br><br> WYATT GARBER, SPECIAL AGENT FBI <br> *Printed name and title* |